*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* EC-2002-01          *Resuelto:* 12 de febrero de 2002

## CONVOCATORIA

Por la presente se convoca a los jueces y a las juezas del Tribunal General de Justicia y a las personas que son miembros de la Conferencia Judicial, a la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial que ha de celebrarse los días 2 y 3 de mayo de 2002, en el Hotel Caribe Hilton.

Durante las sesiones de ambos días se discutirán las recomendaciones del Informe presentado por la Comisión Futurista de los Tribunales y el Plan Estratégico desde la perspectiva de la responsabilidad y el rol fundamental de la Rama Judicial de garantizar el acceso a la justicia de la ciudadanía. A tales fines, la Conferencia Judicial se celebrará simultáneamente con el Primer Congreso de Acceso a la Justicia en Puerto Rico. Oportunamente, el Tribunal anunciará la agenda para los trabajos de la Conferencia Judicial.

Los Jueces Administradores y las Juezas Administradoras, en consulta con sus compañeros y compañeras magistrados, tomarán las medidas necesarias para que el mayor número de éstos o éstas pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante estos días. Además, se tomarán las medidas de rigor para que las labores de investigación y de determinación de causa probable sean atendidas

adecuadamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a los y las Fiscales de Distrito y a las Comandancias de Zona de la Policía.

Se coordinará con la Directora Administrativa de los Tribunales la implantación de las medidas que sean necesarias a los fines de cumplir con lo dispuesto en el párrafo precedente.

Se instruye a la Directora del Secretariado de la Conferencia Judicial a iniciar los trabajos de planificación y coordinación necesarios para esta Conferencia.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*